UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 22-mj-276 |
| | : | |
| **SCOTT MILLER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Kaitlin Klamann, who may be contacted by telephone at (202) 252-6778 or by email at Kaitlin.klamann@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    /s/ *Kaitlin Klamann*
    KAITLIN KLAMANN
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20530
    (202) 252-6778
    Kaitlin.klamann@usdoj.gov
    IL Bar No. 6316768