UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SCOTT MILLER,**<br><br>　　　　**Defendant.** | **Crim. Action No.: 22MJ276** |

## NOTICE OF FILING

Scott Miller, through counsel, respectfully notices the filing of two additional letters in support of his release pending trial. These letters supplement exhibit 1 to Mr. Miller's Response to the Government's Motion for Detention, ECF. No. 12.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　A. J. KRAMER
　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ELIZABETH MULLIN
　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　625 Indiana Avenue, N.W., Suite 550
　　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　　(202) 208-7500